Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN D. COLEMAN,<br><br>Defendant. | No.  6:20-po-00204-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

The defendant having met all conditions of the Deferred Prosecution Agreement entered into with the Government, the United States hereby moves the Court for an order of dismissal pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

        Respectfully submitted,

        McGREGOR SCOTT
        United States Attorney

Dated:  February 11, 2021        /S/ *Sean O. Anderson*
        Sean O. Anderson
        Legal Officer
        Yosemite National Park

ORDER

Upon motion of the United States pursuant to Fed. R. Crim. Pro. 48(a) field February 11, 2021 (Doc. No.4), it is hereby ordered that the above referenced matter, *United States v. Coleman,* case no. 6:20-po-00204-JDP, is DISMISSED, in the interest of justice.

IT IS SO ORDERED.

Dated:   February 11, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE